548

No. 60897.—Irving M. Sobin Co., Inc. v. United States, protest 291149–K/14737 (New Orleans).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, effective July 1, 1955, the protest was dismissed for lack of prosecution.

No. 60898.—Irving M. Sobin Co., Inc. v. United States, protest 299138–K (San Francisco).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, effective July 1, 1955, the protest was dismissed for lack of prosecution.

No. 60899.—Astoria Pan Americana, Inc., and J. J. Boll v. United States, protest 277179–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of ficin powder or *leche de oje en polvo* the same in all material respects as that the subject of *Astoria Pan-Americana, Inc.* v. *United States* (32 Cust. Ct. 243, C. D. 1608), the claim of the plaintiffs was sustained.

No. 60900.—Joseph C. Murray & Company v. United States, protest 281461–K (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 60901.—Stanford Seed Co. and National Carloading Corp. v. United States, protest 289380–K (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.

DONLON, J., dissented, holding: "As I indicated in *Albert Dickinson Co.* v. *United States*, 35 Cust. Ct. 359, Abstract 59603, I do not concur in the decision in *Transcontinental Seed, Inc.* v. *United States*, 29 Cust. Ct. 163, C. D. 1462, the record of which has been incorporated in the record of this case. In my opinion, the protest should be overruled."